U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Maria Macau + Ward Sattler | **COURT CASE NUMBER** A98-315 CV (JKS) |
| **DEFENDANT** Susan Hubbard, et al | **TYPE OF PROCESS** Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Dept. of Revenue  
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
1016 W 6th Ave. Suite 100, Anchorage, AK 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Sherry Sims, Legal Asst.  
Germain Dunnagan + Owens  
3000 A St., Suite 300  
Anchorage, AK 99503

Number of process to be served with this Form - 285: 
Number of parties to be served in this case:  
Check for service on U.S.A.

RECEIVED  
MAR 14 2006  
CLERK U.S. DISTRICT COURT  
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Writ of Execution + Notice of Levy - Ward Sattler

Signature of Attorney or other Originator requesting service on behalf of:  
S Sims  
☐ PLAINTIFF  
☒ DEFENDANT  
TELEPHONE NUMBER: 563-8841  
DATE: 5/18/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 6  
District to Serve No. 6  
Signature of Authorized USMS Deputy or Clerk: Linda M Klein  
Date: 5-23-05

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 2  
Date of Service: 5-25-05  
Time: 1530 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $.814 | | $45.81 | | | |

REMARKS: Returned - No funds

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)