Howard S. Trickey
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br>    Plaintiffs, <br><br>vs. <br><br>SUSAN HUBBARD, et al., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  WRIT OF EXECUTION <br> ) <br> ) <br> ) <br> ) Case No. A98-315 CV (JKS) |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On April 1, 2003 a judgment was entered in the docket of the above-entitled court and action, in favor of:

Defendants, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District, as Judgment Creditors, and against Maria Macar, as Judgment Debtor, for

$    22,561.35     attorney fees,

$    8,146.84     costs, making a total amount of

$    30,708.19     JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

-0-

CREDIT must be given for payments and partial satisfactions in the amount of:

$676.61

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of her real property.

HEREIN FAIL NOT, and have you then and there this writ.

_____, CLERK

DATED _____   BY: _____
                                  Deputy Clerk

[SEAL]