**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maria Macar, et al. | A98-315 CV (JKS) |
| DEFENDANT | TYPE OF PROCESS |
| Susan Hubbard, et al. | Writ |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dept. of Revenue - Permanent Fund Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1016 W. 6th Ave., Suite 100, Anchorage, AK 99501

RECEIVED

DEC 01 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Sherry Sims, Paralegal
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                          Fold

Serve Notice of Levy.

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Sherry Sims* , Sherry Sims | | (907) 563-8844 | 9/8/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 9/7/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | |
|---|---|---|
| Kim Nabors, | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address (complete only if different than shown above) | Date of Service 9/18/06 | Time 12:32 ☒pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee $45 | Total Mileage Charges (including endeavors) .89 | Forwarding Fee | Total Charges 45.89 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Received $885.57

**PRIOR EDITIONS MAY BE USED**          **1. CLERK OF THE COURT**          **FORM USM-285 (Rev. 12/15/80)**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

MARIA MACAR and WARD SATTLER,   )
Individually, and on behalf of   )
their Minor Children   )
   )
        Plaintiffs,   )
   )
vs.   )
   )   **Case #A98-315CIV**
SUSAN HUBBARD, et al.,   )
   )
        Defendants.   )
_____)

### U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **September 18, 2006,** by Deputy U.S. Marshal **Brad Quillen.** On **November 27, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57672607** made payable to the Clerk of Court in the amount of **$885.57.**

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this ____ day of November, 2006 at Anchorage, Alaska.

              RANDY M. JOHNSON
              United States Marshal
              District of Alaska

       By: _____
           Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

- For PFD Division Use Only -

PFD Server Code

# G0137

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously
submitted notice of levy. Date of previous notice _____
*Highlight information being corrected or added.*

**Case Number**    A - 98 - 315    CI
Location Code   Year   Case Number   Case Type

*Example:* 1JU-02-01234 CI

Case type must be one of the
following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| **Judgment Debtor Name** | Marie Magan |
| **AKA or Alias** | Maria Sattler |
| **Social Security Number** | |
| **Date of Birth** | |
| **Amount of Writ** | $ 30,708.19 |
| **Service Fee** | $ |
| **Interest to October 15** | $ |
| **Total Due** | $ |

**Service Agent**

| Signature | | Date 9/18/06 |
|---|---|---|
| Printed Name Bradley T. Quillen | | Title DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

**Not Negotiable - See important tax information on the back of this form.**    57672607

### 1099-MISC

Payer's Name:  State of Alaska
Federal Identification Number: ⁀

Case Id: A98315CI
Applicant's Name:
 SATTLER, MARIA M

| Warrant Issue Date: 11/14/2006 |
|---|

**Warrant Amount . . . . . . . . . . . . . . . . . . . . . . .    $885.57**

CLERK OF COURT
222 W 7TH AVE #28
ANCHORAGE AK  99513

PFD ALN: _ _ _ _

**Funding for PFD dividends comes from:**
- Permanent Fund earnings:
  Constitutional dedication of funds          $400.13
  Legislative action:
  Statutory inflation proofing                 434.42
  Special legislative appropriations           308.67
- Reimbursements to the Dividend Fund            0.09
- Unexpended prior year Dividend Funds          12.93

  **Total Gross Dividend                      $1156.24**

**The Total Gross Dividend has been reduced for:**
- Medical and Public Assistance hold
  harmless provisions of AS 43.23.075        -$21.39
- Legislative appropriation of convicted
  and incarcerated felon and misdemeanant
  dividends                                   -13.95
- Dividend program administrative costs       -11.13
- Prior year dividend obligations              -2.81

  **Net Dividend                            $1105.96**

**An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:**
- sentenced as a result of a felony conviction,
- incarcerated as a result of a felony conviction, or
- incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

**Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were $8,406,009.**

**The legislative purpose for making these individuals not eligible to receive a dividend is to:**
- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

**Total funds appropriated for FY 2007 under this purpose are:**
- Department of Corrections                         $4,552,400
- Council on Domestic Violence and Sexual Assault    2,777,500
- Violent Crimes Compensation Board                    782,400
- Office of Victims' Rights                            293,700

**Total appropriations                              $8,406,000**

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00129441 - PS
December 1, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 604700-R | 98-315 | | |
| | | | 885.57 CK |

TOTAL→                    885.57

FROM: STATE OF ALASKA RE PFD
FOR: MARIA M. SATTLER
3:98-CV-00315 JKS