Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:98-cv-00315-JKS |

## MOTION TO RELEASE FUNDS

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained through the U.S. Marshal's Return on the Writ of Execution. By Return of Writ executed, the U.S. Marshal certified that the amount of $885.57 was made payable to the United States Marshal. Debtor's Alaska Permanent Fund Dividend is exempt to the extent allowed under AS 09.38.015(a)(10) and AS 43.23.065. Therefore, Defendants

request an Order of the Court releasing this money payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al.

DATED at Anchorage, Alaska this 7th day of December, 2006.

JERMAIN DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
         Matthew Singer
         Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
         Howard S. Trickey
         3000 A Street, Suite 300
         Anchorage, AK 99503
         Phone: (907) 563-8844
         Fax: (907) 563-7322
         Alaska Bar No. 7610138

CERTIFICATE OF SERVICE

This is to certify that on this 7th day of December, 2006, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

s/ Matthew Singer
141224