IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:98-cv-00315-JKS |

## [PROPOSED] ORDER TO RELEASE FUNDS

Defendants having moved for release of moneys obtained on Writ of Execution, and the Court being fully advised in the premises,

IT IS ORDERED that the Clerk of Court disburse the amount of $885.57 payable to Jermain Dunnagan & Owens, P.C. in Trust for Defendant Susan Hubbard, et al.

_____, 2006.  _____
U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this 7th day of December, 2006, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

s/ Matthew Singer
141226