IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:98-cv-00315-JKS |

## **ORDER TO RELEASE FUNDS**

Defendants having moved for release of moneys obtained on Writ of Execution, and the Court being fully advised in the premises,

IT IS ORDERED that the Clerk of Court disburse the amount of $885.57 payable to Jermain Dunnagan & Owens, P.C. in Trust for Defendant Susan Hubbard, et al.

December 11, 2006.         /s/James K. Singleton, Jr.
                                                 U.S. District Court Judge