UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARIA MACAR, et al.    v.    SUSAN HUBBARD, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                    CASE NO.  3:98-cv-00315-JKS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 1, 2007

On January 5, 2007, counsel for defendants Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District filed a document under seal at docket 347.

The document filed at docket 347 is stricken from the record and the Clerk is directed to return the document to counsel for defendants named above. Counsel is advised that he must show good cause and obtain an order from the court before documents may be filed under seal.

[]{IA.WPD*Rev.12/96}