Matthew Singer, Esq.
Alaska Bar No. 9911072
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children,<br><br>       Plaintiffs,<br><br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A98-315 CV (JKS)

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )    SS. |
| THIRD JUDICIAL DISTRICT | ) |

I, Matthew Singer, hereby state on oath:

1.    Judgment was entered on April 1, 2003 in the docket of the above entitled court and action, in favor of the defendants, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District, as Judgment Creditors, and against Maria Macar and Ward Sattler, as Judgment Debtors. (IF A REGISTERED JUDGMENT:) Said judgment was registered herein under Title 28, U.S. Code, Section 1963, being a judgment which was obtained in Civil Case No. A98-315 CV in the U.S. District Court for the District of Alaska, and which has become FINAL.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

2.    I am the attorney for said Judgment Creditors, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District, and request issuance of a Writ of Execution on the judgment.

3.    The Judgment Debtors were represented by Counsel.

4.    The Judgment entered was not a Default Judgment.

5.    ACCRUED since the entry of judgment are the following sums:

$8,146.84 costs inserted on Final Judgment.

$22,561.35 attorneys fees inserted on Final Judgment.

6.    CREDIT must be given for payments and partial satisfaction in the total amount of $2,222.46.

Dated: 12/27/2006

Matthew Singer
Alaska Bar No. 9911072

SUBSCRIBED and SWORN to before me this 27 day of December, 2006, at Anchorage, Alaska.

Notary Public in and for the State of Alaska
My commission expires: 9-9-09



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322