Matthew Singer, Esq.
Alaska Bar No. 9911072
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, Individually, and on behalf of their Minor Children,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A98-315 CV (JKS)

**CREDITOR'S AFFIDAVIT**

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　)

　　I, Matthew Singer, attorney for defendants, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District, in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

　　1.　　I have obtained a judgment against Maria Macar and Ward Sattler in the total amount of $30,708.19 in favor of defendants, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District.

2. I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

**Wages earned by Maria Macar**
**Wages earned by Ward Sattler**

3. Upon information and belief, amounts collected will exceed exemption of wages/liquid assets pursuant to AS 09.38.030.

DATED at Anchorage, Alaska, this 27th day of December, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Matthew Singer
Alaska Bar No. 9911072

SUBSCRIBED and SWORN to before me this 27 day of December, 2006, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: 9-9-09

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

CREDITOR'S AFFIDAVIT
CASE NO. A98-315 CV (JKS)

PAGE 2