Matthew Singer, Esq.
Alaska Bar No. 9911072
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A98-315 CV (JKS) |

**WRIT OF EXECUTION FOR GARNISHMENT OF EARNINGS**

To the United States Marshal for the District of Alaska:

Defendants, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District, (judgment creditors) recovered a judgment against **Ward Sattler** (judgment debtor) (**SSN:** ▮▮▮▮▮▮▮▮▮ in this court on April 1, 2003, in the amount of $30,708.19.

If you find earnings owed to the judgment debtor, you are commanded to satisfy the judgment, including accrued interest and accrued costs, by serving this writ on whoever owes the earnings to the judgment debtor. This writ creates a continuing lien on either (a) judgment debtor's weekly net earnings over $438 or (b) 25% of the judgment debtor's weekly net earnings, whichever is less. Weekly net earnings are determined by subtracting from weekly gross earnings all sums required by law or court order to be withheld. The lien shall continue until the total amount taken from debtor's earnings equals the TOTAL AMOUNT DUE* below.

CLERK OF THE COURT

                                                        By: _____

_____
Date                                              Deputy Clerk
                                                          (SEAL)

STATEMENT OF AMOUNT DUE
AS OF December 27, 2006:

| | |
|---|---|
| Total Judgment | $30,708.19 |
| Minus Amt. Paid to Date on Judgment | -$ 2,222.46 |
| Balance | $28,485.73 |
| | |
| Accrued Costs | $   822.21 |
| Minus Amt. Paid to Date | $     0.00 |
| Costs Balance | +$   822.21 |
| *TOTAL AMOUNT DUE | $29,307.94 |

To United States Marshal for the District of Alaska: Serve the employer with a copy of this Writ, the Employers Response form (original and 3 copies), and the creditor's self-addressed stamped envelope (if provided by creditor). The original Writ must be returned to the court with the Return of Service.