# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maria Macar et al. | A98-315 CV (JKS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Susan Hubbard et al. | Writ of garnishment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ward Sattler

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**AT**

RECEIVED FEB 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve Notice of Garnishment and Notice of Right to Exemptions and Claim of Exemption from Garnishment following service on Precision Power, LLC.

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☒ DEFENDANT
Dawn Andrews
TELEPHONE NUMBER: 563-8844
DATE: 1/8/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signature] | 1/14/07 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

RETURN UNSERVED

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/5 Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS: 2-23-07: Unable to serve individual, Ward Sattler. Given address is a business, "Mail Cache". Subject may have a mailbox rental. Information cannot be ascertained. — DUSM DEWITT

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|