Matthew Singer
Alaska Bar No. 9911072
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

RECEIVED

FEB 2 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children,<br><br>  Plaintiffs,<br><br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A98-315 CV (JKS)

**EMPLOYER'S RESPONSE TO WRIT OF EXECUTION
FOR GARNISHMENT OF EARNINGS**\*

Address of Court:   222 W. 7th Ave., Room 229
                    Anchorage, AK 99501
Name of Judgment Debtor:   Maria Macar
To Employer:

You are instructed that by law you must do the following:

1.  Complete the following information and mail or deliver the original of this form to the court at the address listed above within 24 hours. Distribute the other copies of this form as shown in the "Distribution of Copies" at the bottom of page three.

2.  Is judgment debtor employed by you?      (X) Yes      ( ) No

    If No, skip sections 3-11 and fill out the information requested in section 12.

---

\*Earnings mean money otherwise received for personal services and denominated as wages, salary, commissions or otherwise. AS 09.38.500(4).

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3. Employee's weekly gross earnings: $ __638.12__ . (If employee is paid monthly, weekly gross earnings are determined by dividing monthly gross earnings by 4.3 If employee is paid twice a month, weekly gross earnings are determined by dividing semi-monthly gross earnings by 2.17.)

4. Employee's weekly withholdings (all sums required by law or court order to be withheld) are:

| Amount | Reason for Withholding |
|---|---|
| $ 0 | Withholding |
| $ 39.56 | Social Security |
| $ 9.25 | medicare |
| $ 3.25 | Alaska ESC |
| TOTAL $ 52.06 | |

5. Weekly gross earnings minus weekly withholdings (#3 minus #4) = $ __586.06__ (weekly net earnings)

6. By law, the employee is entitled to a weekly <u>exemption</u> of either $438 or 75% of the employee's weekly net earnings, whichever is more.

To determine the amount which can be <u>garnished</u>, compute the following:

Weekly net earnings = $ 586.06        Weekly net earnings = $ 586.06
          −    $438                                x       .25
Total     = $ 148.06                   Total       = $ 146.52

Each pay period you must send to the court the <u>lesser</u> of the above two totals.

NOTE: If your pay period is other than weekly, adjust the amount which is garnished accordingly.

7. Does employee's weekly salary vary depending on hours worked?
   (X) Yes        ( ) No

8. Are employee's earnings currently being garnished by a former lien?
   ( ) Yes        (X) No

   Previous lien(s) is/are expected to terminate on _____ (date).

If employee's earnings are subject to a lien from a previous Writ of Execution for Garnishment of Earnings, you shall continue paying on that writ until it has been satisfied or otherwise terminated, at which time this writ shall be in full force and effect until the TOTAL AMOUNT DUE stated on the writ is paid in full.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Employer's Response to Writ of Execution for Garnishment of Earnings
A98-315 CV (JKS)                                                    Page 2 of 3

9.  If the answer to #8 was No, then commencing immediately, the service of this Writ of Execution for Garnishment of Earnings upon you creates a continuing lien against the debtor's earnings.

You must send to the court at the address shown on page one of this form the lesser of the two totals calculated in #6 each payday until (a) the TOTAL AMOUNT DUE shown on the Writ of Execution for Garnishment of Earnings has been paid; (b) the employment relationship has been terminated; or (c) you have been instructed by the court that the judgment has been vacated, modified or satisfied in full, or the writ has been dismissed. The amount you send to the court may vary depending on the amount earned by the employee each week.

NOTE: Federal law prohibits employers from discharging any employee because the employee's earnings have been garnished for any one indebtedness. 15 USC § 1674.

10. Costs and interest which accrue after the date the attached writ is issued may be collected by a supplemental notice or supplemental writ issued after the total amount stated on the attached writ has been paid.

11. All checks paid to the court must be payable to the "Clerk of Court" and MUST SHOW THE CASE NUMBER which is written near the top of page one of this form.

12. Chiulista Camp Services, INC
    Employer's Name

    Form completed by: _Connie J Banners_  2/26/07
                       Signature              Date

    _Connie J. Banners  Payroll Tech_
    Name and Title (print)

    Employers address: 301 Calista Ct Ste A

    Anchorage AK 99518

    Phone: 907-279-5516

Distribution of copies:

1. Original to be filled out by Employer and returned to the court.
2. Employer's copy.
3. Employer sends this copy to Creditor (if self-addressed stamped envelope is provided).
4. Employer gives this copy to the Debtor (employee).