Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER,<br>individually, and on behalf of their Minor<br>Children,<br><br>        Plaintiffs,<br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:98-cv-00315-JKS |

### MOTION TO RELEASE FUNDS

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|---|---|---|---|
| 3/1607 | Maria Macar | Chulista Cam Services, Inc. | $ 346.94 |
| 3/27/07 | Ward Sattler | Precision Power, LLC | $ 179.77 |
| 3/29/07 | Maria Macar | Chulista Cam Services, Inc. | $ 336.69 |
| 3/30/07 | Ward Sattler | Precision Power, LLC | $  46.68 |
| 4/13/07 | Maria Macar | Chulista Cam Services, Inc. | $ 319.12 |
| 4/13/07 | Ward Sattler | Precision Power, LLC | $ 226.45 |
| 4/27/07 | Maria Macar | Chulista Cam Services, Inc. | $ 319.12 |
| 5/11/07 | Maria Macar | Chulista Cam Services, Inc. | $ 327.90 |
| 5/21/07 | Ward Sattler | Precision Power, LLC | $ 226.45 |
| 5/24/07 | Maria Macar | Chulista Cam Services, Inc. | $_ 314.73 |
| | | TOTAL | $2,643.85 |

Therefore, Defendants request an Order of the Court releasing said wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 5th day of June, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.


By:    *s/ Matthew Singer*
          Matthew Singer
          Alaska Bar No. 9911072

By:    *s/ Howard S. Trickey*
          Howard S. Trickey
          3000 A Street, Suite 300
          Anchorage, AK 99503
          Phone: (907) 563-8844
          Fax: (907) 563-7322
          Alaska Bar No. 7610138


**CERTIFICATE OF SERVICE**

This is to certify that on this 5th day of June, 2007, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

*s/ Matthew Singer*