IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:98-cv-00315-JKS |

## ORDER TO RELEASE FUNDS

Defendants having moved for release of moneys obtained on Writs of Execution for Garnishment of Earnings of Ward Sattler and Maria Macar, and the Court being fully advised in the premises,

IT IS ORDERED that the Clerk of Court disburse the amount of $2,643.85 payable to Jermain Dunnagan & Owens, P.C. in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED: June 7, 2007.   /s/James K. Singleton, Jr.
                                      U.S. District Court Judge