Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:98-cv-00315-JKS

### MOTION TO RELEASE FUNDS

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|------|----------|----------|--------|
| 06/05/07 | Ward Sattler | Precision Power, LLC | $ 118.27 |
| 06/08/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 351.50 |
| 06/14/07 | Ward Sattler | Precision Power, LLC | $ 226.45 |
| 06/21/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 189.70 |
| 06/26/07 | Ward Sattler | Precision Power, LLC | $ 168.90 |
| | | TOTAL | $1,054.82 |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Therefore, Defendants request an Order of the Court releasing said wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 10th day of July, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.

By: ___*s/ Matthew Singer*_____
   Matthew Singer
   Alaska Bar No. 9911072

By: ___*s/ Howard S. Trickey*_____
   Howard S. Trickey
   3000 A Street, Suite 300
   Anchorage, AK 99503
   Phone: (907) 563-8844
   Fax: (907) 563-7322
   Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**
This is to certify that on this 10th day of July, 2007, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

*s/ Matthew Singer*_____

MOTION TO RELEASE FUNDS                                    PAGE 2
*MACAR, ET AL. V. HUBBARD, ET AL.*
CASE NO. 3:98-CV-00315-JKS