Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children,<br><br>Plaintiffs,<br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:98-cv-00315-JKS |

## MOTION TO RELEASE FUNDS

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|---|---|---|---|
| 07/03/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 352.80 |
| 07/09/07 | Ward Sattler | Precision Power, LLC | $ 172.22 |
| 07/17/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 342.37 |
| 07/19/07 | Ward Sattler | Precision Power, LLC | $ 200.51 |
| 07/23/07 | Ward Sattler | Precision Power, LLC | $ 205.99 |
| 07/24/07 | Ward Sattler | Precision Power, LLC | $ 132.03 |
| 07/31/07 | Ward Sattler | Precision Power, LLC | $ 205.99 |
| 08/02/07 | Maria Macar | Chiulista Camp Services, Inc . | $ 505.21 |
| 08/10/07 | Ward Sattler | Precision Power, LLC | $ 183.70 |
| 08/15/07 | Ward Sattler | Precision Power, LLC | $ 80.37 |
| 08/16/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 314.73 |

| | | | |
|---|---|---|---|
| 08/21/07 | Ward Sattler | Precision Power, LLC | $ 210.86 |
| 08/28/07 | Ward Sattler | Precision Power, LLC | $ 246.92 |
| 08/30/07 | Maria Macar | Chiulista Camp Services, Inc. | $  361.93 |
| | | TOTAL | $3,515.63 |

Therefore, Defendants request an Order of the Court releasing said wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 31st day of August, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.

By:   *s/ Matthew Singer*
     Matthew Singer
     Alaska Bar No. 9911072

By:   *s/ Howard S. Trickey*
     Howard S. Trickey
     Alaska Bar No. 7610138
     3000 A Street, Suite 300
     Anchorage, AK 99503
     Phone: (907) 563-8844
     Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**
This is to certify that on this 31st day of August, 2007, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

*s/ Matthew Singer*