**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maria Macar et al. | A98-315 CV (JKS) |
| DEFENDANT | TYPE OF PROCESS |
| Susan Hubbard et al. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Dept. of Revenue, Permanent Fund Dividend Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

RECEIVED OCT 1 0 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution and notice of levy

Receipt # 00131398 NC
10/10/07 $1323.20
Maria Macar

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER (907) 563-8844 | DATE 3/28/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 3/28/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 4-2-07 | 1200 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) .97 | Forwarding Fee | Total Charges 45.97 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: RECEIVED CHECK $1323.20

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, Individually, and on behalf of their Minor Children<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　Defendants. | Case #A98-315CIV |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **April 2, 2007,** by Deputy U.S. Marshal **Ron Dewitt.** On **October 10, 2007** this office did receive a State of Alaska Treasury Warrant Check No. **57779252** made payable to the Clerk of Court in the amount of **$1,323.20.**

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this **10th** day of **October, 2007** at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　RANDY M. JOHNSON
　　　　　　　　　　　　　　　　　United States Marshal
　　　　　　　　　　　　　　　　　District of Alaska

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Deputy U.S. Marshal

04154

# Notice of Levy
## On Alaska Permanent Fund Dividend
## By a Court Writ

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

*PFD Server Code*

# G0137

**Location** _____

**Priority** _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
**Highlight information being corrected or added.**

**Case Number**  A - 98 - 315  CI
  *Location Code   Year   Case Number   Case Type*

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name**  Maria Macar
**AKA or Alias**  Maria Sattler
**Social Security Number**  REDACTED
**Date of Birth**  _____
**Amount of Writ**  $30,708.19
**Service Fee**  $ _____
**Interest to October 15**  $ _____
**Total Due**  $ _____

**Service Agent**

| Signature | Date |
|---|---|
| [signature] | 4-2-07 |
| Printed Name | Title |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

04154

NOL (Rev. 11/04)        www.pfd.state.ak.us

Matthew Singer, Esq.
Alaska Bar No. 9911072
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) WRIT OF EXECUTION <br> ) <br> ) <br> ) <br> ) Case No. A98-315 CV (JKS) |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On April 1, 2003 a judgment was entered in the docket of the above-entitled court and action, in favor of:

Defendants, Susan Hubbard, Julie Holt, Max and Deanna Cole, Bobette Bush and Kuspuk School District, as Judgment Creditors, and against Maria Macar, as Judgment Debtor, for

$ __22,561.35__ attorney fees,

$ __8,146.84__ costs, making a total amount of

$ __30,708.19__ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

-0-

CREDIT must be given for payments and partial satisfactions in the amount of:

-0-

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of her real property.

HEREIN FAIL NOT, and have you then and there this writ.

MICHAEL HALL, CLERK

DATED March 25, 2004   BY: _____
                              Deputy Clerk

[SEAL]

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Not Negotiable - See important tax information on the back of this form.

**1099-MISC**

Payer's Name: State of Alaska
Federal ID: 92-6001185

Case Id: A98315CI
Applicant's Name:
SATTLER, MARIA M

| | | | |
|---|---|---|---|
| Warrant Issue Date: | 10/03/2007 | Warrant Amount. . . . . . . . . . | $1,323.20 |
| Warrant Number: | 57779252 | CLERK OF COURT | |
| | | 222 W 7TH AVE #28 | |
| PFD ALN: | 07463755 | ANCHORAGE AK   99513 | |

| | | | |
|---|---|---|---|
| Funding for PFD dividends comes from: | | The Total Gross Dividend has been reduced for: | |
| * Permanent Fund earnings: | | * Medical and Public Assistance hold | |
|   Constitutional dedication of funds | $591.88 |   harmless provisions of AS 43.23.075 | -$21.33 |
| * Legislative action: | | * Legislative appropriation of convicted | |
|   Statutory inflation proofing | 659.52 |   and incarcerated felon and misdemeanant | |
|   Special legislative appropriations | 439.68 |   dividends | -18.98 |
| * Reimbursements to the Dividend Fund | 0.00 | * Dividend program administrative costs | -12.95 |
| * Unexpended prior year Dividend Funds | 18.96 | * Prior year dividend obligations | -2.78 |
| Total Gross Dividend | $1,710.04 | Net Dividend | $1,654.00 |

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:
* sentenced as a result of a felony conviction,
* incarcerated as a result of a felony conviction, or
* incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
* obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
* provide funds for services for and payments to crime victims and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2008 under this purpose are:
* Department of Corrections                    $6,211,400
* Council on Domestic Violence and Sexual Assault  3,789,600
* Violent Crimes Compensation Board             1,067,600
* Office of Victims' Rights                       400,600
                                              -----------
Total appropriations                          $11,469,200
                                              ===========

Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813