Howard S. Trickey, Esq.
Matthew Singer, Esq.
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322 Facsimile

Attorneys for Defendant City of Soldotna

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RANDY GILLIAM, SR., et al.,

Plaintiffs,

vs.

LINDA GILLIAM, et al.,

Defendants.                          Case No. 3:04-cv-00245-JKS

**MOTION TO RELEASE FUNDS**

Comes now Defendant, City of Soldotna, by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby moves this Court for an order releasing moneys obtained through the U.S. Marshal's Return on the Writ of Execution.  By Return of Writ executed, the U.S. Marshal certified that the amount of $1,323.20 was made payable to the Clerk of Court.

The Debtor's Alaska Permanent Fund Dividend is exempt to the extent allowed under AS 09.38.015(a)(10) and AS 43.23.065.  Therefore, Defendant requests an Order of the Court releasing this money payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendant City of Soldotna.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

{00164759 }

DATED at Anchorage, Alaska this 19th day of October, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendant City of Soldotna

By:     *s/Howard S. Trickey*
      Howard S. Trickey
      Alaska Bar No. 7610138

By:     *s/Matthew Singer*
      Matthew Singer
      Alaska Bar No. 9911072

      3000 A Street, Suite 300
      Anchorage, AK 99503
      Phone:  (907) 563-8844
      Fax:    (907) 563-7322
      htrickey@jdolaw.com
      msinger@jdolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Frank S. Koziol, Jr.

Stephanie G. Moore

and by U.S. mail, postage prepaid, on:

Kenneth W. Cole
805 Frontage Rd., Suite 208
Kenai, AK 99611

Randy L. Gilliam, Sr.
P.O. Box 83
Sterling, AK 99762

Robert J. Molloy
110 S. Willow St., Suite 101
Kenai, AK 99611

*s/ Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322