IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RANDY GILLIAM, SR., et al.,

        Plaintiffs,

  vs.

LINDA GILLIAM, et al.,

        Defendants.

Case No. 3:04-cv-00245-JKS

## [PROPOSED] ORDER TO RELEASE FUNDS

Defendant City of Soldotna having moved for release of monies obtained on Writ of Execution, and the Court being fully advised in the premises,

IT IS ORDERED that the Clerk of Court disburse the amount of $1,323.20 payable to Jermain, Dunnagan & Owens in Trust for Defendant City of Soldotna.

_____, 2007.

                                                    U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on October 19, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Frank S. Koziol, Jr.
Stephanie G. Moore

and by U.S. mail, postage prepaid, on:

Kenneth W. Cole
805 Frontage Rd., Suite 208
Kenai, AK 99611

Randy L. Gilliam, Sr.
P.O. Box 83
Sterling, AK 99762

Robert J. Molloy
110 S. Willow St., Suite 101
Kenai, AK 99611

*s/ Matthew Singer*