Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, | ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| SUSAN HUBBARD, et al., | ) ) |
| Defendants. | ) ) |
| | ) Case No. 3:98-cv-00315-JKS |

## MOTION TO RELEASE FUNDS

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|---|---|---|---|
| 09/07/07 | Ward Sattler | Precision Power, LLC | $ 126.30 |
| 09/12/07 | Ward Sattler | Precision Power, LLC | $  22.96 |
| 09/13/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 341.06 |
| 09/26/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 359.33 |
| 10/04/07 | Ward Sattler | Precision Power, LLC | $ 149.70 |
| 10/10/07 | Ward Sattler | Precision Power, LLC | $  207.12 |
| | | TOTAL | $1,206.47 |

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00164756 }

Defendants also hereby move this Court for an order releasing moneys obtained through the U.S. Marshal's Return on the Writ of Execution to the State of Alaska, Department of Revenue. By Return of Writ executed, the U.S. Marshal certified that the amount of $1,323.20 was made payable to the Clerk of Court. Debtor Maria Macar's Alaska Permanent Fund Dividend is exempt to the extent allowed under AS 09.38.015(a)(10) and AS 43.23.065.

Therefore, Defendants request an Order of the Court releasing said Permanent Fund Dividend and wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 21st day of October, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.

By: *s/ Matthew Singer*
    Matthew Singer
    Alaska Bar No. 9911072

By: *s/ Howard S. Trickey*
    Howard S. Trickey
    Alaska Bar No. 7610138
    3000 A Street, Suite 300
    Anchorage, AK 99503
    Phone: (907) 563-8844
    Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of October, 2007, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

*s/ Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

MOTION TO RELEASE FUNDS     PAGE 2
*MACAR, ET AL. V. HUBBARD, ET AL.*
CASE NO. 3:98-CV-00315-JKS