Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUBBARD, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 3:98-cv-00315-JKS |

## **MOTION TO RELEASE FUNDS**

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|---|---|---|---|
| 10/11/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 323.51 |
| 10/15/07 | Ward Sattler | Precision Power, LLC | $  23.75 |
| 10/24/07 | Ward Sattler | Precision Power, LLC | $ 214.64 |
| 10/25/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 346.28 |
| 11/01/07 | Ward Sattler | Precision Power, LLC | $ 324.08 |
| 11/08/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 310.76 |
| 11/15/07 | Ward Sattler | Precision Power, LLC | $ 196.25 |
| 11/26/07 | Maria Macar | Chiulista Camp Services, Inc. | $ 344.23 |
| 12/26/07 | Ward Sattler | Precision Power, LLC | $ 173.16 |
| 12/26/07 | Ward Sattler | Precision Power, LLC | $ 168.38 |

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| 01/02/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 363.92 |
| 01/04/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 160.18 |
| | | TOTAL | $2,949.14 |

Therefore, Defendants request an Order of the Court releasing said wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 14th day of January, 2008.

JERMAIN DUNNAGAN & OWENS, P.C.

By: *s/ Matthew Singer*
Matthew Singer
Alaska Bar No. 9911072

By: *s/ Howard S. Trickey*
Howard S. Trickey
Alaska Bar No. 7610138
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of January, 2008, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, to:

Neil Kennelly, Esq.
1441 W. Northern Lights Blvd., Unit K
Anchorage, AK 99503

*s/ Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

MOTION TO RELEASE FUNDS                                                                                           PAGE 2
*MACAR, ET AL. V. HUBBARD, ET AL.*
CASE NO. 3:98-CV-00315-JKS