UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
MAR 03 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

049J82021791
$00.41 0
02/29/2008
Mailed From 99513
US POSTAGE
neopost

Cornelius R. Kennelly
525 W. 3rd Avenue, Suite 202
Anchorage, AK 99501

NIXIE  995  DE 1        00  03/02/08
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 99513756499   *1989-05087-02-00

9951307564

## Other Events

3:98-cv-00315-JKS Macar et al v. Hubbard **CASE CLOSED on 07/23/2003**

**RECEIVED**
**MAR 03 2008**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, AK**

**U.S. District Court**

**District of Alaska**

### Notice of Electronic Filing

The following transaction was entered on 2/29/2008 at 11:23 AM AST and filed on 2/29/2008
**Case Name:**        Macar et al v. Hubbard
**Case Number:**      3:98-cv-315
**Filer:**
**WARNING: CASE CLOSED on 07/23/2003**
**Document Number:**  No document attached

**Docket Text:**
Receipt number 132375 in the amount of $ 367.02 received on 2/29/08 from Chiulista Services Inc regarding Writ of Execution for garnishment of earnings for M. MaCar. (NXL, COURT STAFF)

**3:98-cv-315 Notice has been electronically mailed to:**

Matthew Singer     msinger@jdolaw.com

Theodore J. Stepovich     ted@akdltlaw.com, michelle@akdltlaw.com

Howard S. Trickey     htrickey@jdolaw.com, jhuston@jdolaw.com

**3:98-cv-315 Notice has been delivered by other means to:**

Jon M. Buchholdt
731 I Street, Suite 101
Anchorage, AK 99501

Richard C. Keck
Attorney General's Office
100 Cushman Street, Suite 440
Fairbanks, AK 99701

Cornelius R. Kennelly
525 W. 3rd Avenue, Suite 202
Anchorage, AK 99501

Philip A. Reeves
Attorney General's Office
P.O. Box 110300
Juneau, AK 99811