UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE $00.41⁰
02/27/2008
Mailed From 99513

Cornelius R. Kennelly
525 W. 3rd Avenue, Suite 202
Anchorage, AK 99501

NIXIE        995    DE  1         00  03/19/08
             RETURN TO SENDER
             NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD

BC: 99513756499    *1989-01320-19-29

9951307564

RECEIVED
MAR 2 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Other Events**
3:98-cv-00315-JKS Macar et al v. Hubbard **CASE CLOSED on 07/23/2003**

U.S. District Court

District of Alaska

RECEIVED
MAR 2 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Notice of Electronic Filing**

The following transaction was entered on 3/14/2008 at 11:49 AM ADT and filed on 3/14/2008
**Case Name:**      Macar et al v. Hubbard
**Case Number:**    3:98-cv-315
**Filer:**
**WARNING: CASE CLOSED on 07/23/2003**
**Document Number:**  No document attached

**Docket Text:**
Receipt number 132478 in the amount of $ 332.31 received on 3/14/08 from Chiulista Services Inc for Maria MaCar regarding Writ of Execution for Garnishment of Earnings. (NXL, COURT STAFF)


**3:98-cv-315 Notice has been electronically mailed to:**

Matthew Singer     msinger@jdolaw.com

Theodore J. Stepovich     ted@akdltlaw.com, michelle@akdltlaw.com

Howard S. Trickey     htrickey@jdolaw.com, jhuston@jdolaw.com

**3:98-cv-315 Notice has been delivered by other means to:**

Jon M. Buchholdt
731 I Street, Suite 101
Anchorage, AK 99501

Richard C. Keck
Attorney General's Office
100 Cushman Street, Suite 440
Fairbanks, AK 99701

Cornelius R. Kennelly
525 W. 3rd Avenue, Suite 202
Anchorage, AK 99501

Philip A. Reeves
Attorney General's Office
P.O. Box 110300
Juneau, AK 99811