Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA MACAR and WARD SATTLER, individually, and on behalf of their Minor Children,

Plaintiffs,

vs.

SUSAN HUBBARD, et al.,

Defendants.

Case No. 3:98-cv-00315-JKS

**MOTION TO RELEASE FUNDS**

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby move this Court for an order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|---|---|---|---|
| 01/14/08 | Ward Sattler | Precision Power, LLC | $ 21.25 |
| 01/18/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 388.89 |
| 02/01/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 84.30 |
| 02/17/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 297.17 |
| 02/29/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 367.02 |
| 03/14/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 332.31 |
| 03/27/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 377.30 |
| 04/10/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 300.78 |
| 04/24/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 367.02 |
| 06/05/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 280.94 |



LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | | |
|---|---|---|---|
| 06/17/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 375.24 |
| 07/02/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 280.94 |
| | | TOTAL | $3,473.16 |

Therefore, Defendants request an Order of the Court releasing said wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 8th day of July, 2008.

JERMAIN DUNNAGAN & OWENS, P.C.

By: *s/ Matthew Singer*
Matthew Singer
Alaska Bar No. 9911072

By: *s/ Howard S. Trickey*
Howard S. Trickey
Alaska Bar No. 7610138
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of July, 2008, a true and correct copy of the foregoing was served electronically on the following:

Theodore J. Stepovich
Law Office of Ted Stepovich
841 I Street
Anchorage, AK 99501

*s/ Matthew Singer*

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322