Matthew Singer
Alaska Bar No. 9911072
Howard S. Trickey, Esq.
Alaska Bar No. 7610138
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARIA MACAR and WARD SATTLER, )
individually, and on behalf of their Minor )
Children, )
                                     )
           Plaintiffs, )
vs. )
                                     )
SUSAN HUBBARD, et al., )
                                     )
          Defendants. )
_____) Case No. 3:98-cv-00315-JKS

## AMENDED MOTION TO RELEASE FUNDS

Come now Defendants, Susan Hubbard, et al., by and through counsel, Jermain Dunnagan & Owens, P.C., and hereby amend their Motion to Release Funds filed July 8, 2008 [Docket 392] to include two garnishments that were inadvertently not included in the 7/8/08 Motion. Defendants request the Court order releasing moneys obtained from the employers of Ward Sattler and Maria Macar through a Writ of Execution for Garnishment of Earnings as follows:

| Date | Employee | Employer | Amount |
|---|---|---|---|
| 01/14/08 | Ward Sattler | Precision Power, LLC | $ 21.25 |
| 01/18/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 388.89 |
| 02/01/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 84.30 |
| 02/17/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 297.17 |
| 02/29/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 367.02 |
| 03/14/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 332.31 |

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| | | | |
|---|---|---|---|
| 03/27/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 377.30 |
| 04/10/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 300.78 |
| 04/24/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 367.02 |
| 05/08/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 293.85 |
| 05/22/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 326.16 |
| 06/05/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 280.94 |
| 06/17/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 375.24 |
| 07/02/08 | Maria Macar | Chiulista Camp Services, Inc. | $ 280.94 |
| | | TOTAL | $4,093.17 |

Therefore, Defendants request an Order of the Court releasing said wage garnishments payable to Jermain Dunnagan & Owens, P.C., in Trust for Defendants Susan Hubbard, et al., 3000 A Street, Suite 300, Anchorage, AK 99503.

DATED at Anchorage, Alaska this 10th day of July, 2008.

JERMAIN DUNNAGAN & OWENS, P.C.

By:  *s/ Matthew Singer*
      Matthew Singer
      Alaska Bar No. 9911072

By:  *s/ Howard S. Trickey*
      Howard S. Trickey
      Alaska Bar No. 7610138
      3000 A Street, Suite 300
      Anchorage, AK 99503
      Phone: (907) 563-8844
      Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**

This is to certify that on this 10th day of July, 2008, a true and correct copy of the foregoing was served electronically on the following:

Theodore J. Stepovich
Law Office of Ted Stepovich
841 I Street
Anchorage, AK 99501

*s/ Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322